UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR LOURENCO DOS-SANTOS (A-214-283-594),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY ICE DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-7017 DC CSK<br><br>ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a request for appointment of counsel and request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions. On September 25, 2026, the district court denied petitioner's motion for temporary restraining order and referred this matter to the magistrate judge. (ECF No. 11.)

On September 6, 2026, respondents filed an answer. (ECF No. 9.) On September 22, 2026, petitioner filed a reply. (ECF No. 10.) This matter stands submitted, and the Court defers

ruling on petitioner's request for appointment of counsel until after considering the parties' briefs.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The request of petitioner Junior Lourenco Dos-Santos (A-214-283-594) to proceed in forma pauperis (ECF No. 2) is granted.
2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: September 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/doss7017.100.2241.imm